AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Southern District of Georgia

MONJASA A/S Strevelinsvej 34
DK 7000 Fredericia, Denmark,

V.

M/V CLIPPER BELLE, her engines,
machinery, appurtenances, etc. in rem.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**CV413-147**

TO: (Name and address of Defendant)

M/V CLIPPER BELLE, her engines, machinery,
appurtenances, etc. in rem
Liberty Terminals
112 Marine Terminal Drive
Savannah, GA  31401   (912-341-0311)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert S. Glenn, Jr.

Ellis, Painter, Ratterree & Adams, LLP

Post Office Box 9946

Savannah, GA  31412

an answer to the complaint which is served on you with this summons, within ___21___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff                                                06/21/2013
CLERK                                                        DATE

(By) DEPUTY CLERK

GAS Rev 1/31/02