USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 4:13-cv-00147-BAE-GRS   Document 13   Filed 06/27/13   Page 1 of 3

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>MONJASA A/S Strevelinsvej 34 DK 7000 Fredericia, Denmark | COURT CASE NUMBER<br>CV 413-147 |
|---|---|
| DEFENDANT<br>M/V CLIPPER BELLE, her engines, machinery, appurtenances, etc., in rem | TYPE OF PROCESS<br>Civil - Arrest |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

M/V CLIPPER BELLE, her engines, machinery, appurtenances, etc., in rem

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Liberty Terminals; 112 Marine Terminal Drive; Savannah, GA 31401

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Robert S. Glenn, Jr.<br>Ellis, Painter, Ratterree & Adams, LLP<br>Post Office Box 9848<br>Savannah, GA 31412 | Number of process to be served with this Form 285 | 9 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold

Serve process on Master of M/V CLIPPER BELLE and post second copy on Wheelhouse of Vessel. She will be berthed at Liberty Terminals; 112 Marine Terminal Drive; Savannah, GA

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>912-233-9700 | DATE<br>6/21/13 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 21 | No. 21 | Sherry M. Knight | 6/21/13 |

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served (if not shown above)<br>Captain Diosdado T. Badique, M/V CLIPPER BELLE | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (complete only different than shown above) | Date<br>06/22/2013 | Time<br>8:30 ☐ am ☒ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $192.50 | $24.86 | ∅ | $217.36 | | $357.36 |

REMARKS: N/A    Insurance $140.00

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**Wilcox, Mark (USMS)**

| | |
|---|---|
| **From:** | Jason Pedigo <JPedigo@EPRA-Law.com> |
| **Sent:** | Sunday, June 23, 2013 10:13 AM |
| **To:** | Wilcox, Mark (USMS); Captain David Scott |
| **Cc:** | Robert S. Glenn, Jr. |
| **Subject:** | Clipper Belle |

Mark,

The owner of the vessel Clipper Belle has reached an agreement with my client.  I can therefore authorize the release of the vessel from arrest.

Jason Pedigo

*I, DUSM Mark Wilcox of the Southern District of Georgia, have executed the release of the vessel M/V Clipper Belle from arrest on this day, June 23, 2013, at 11:35 AM.*

*DUSM Mark Wilcox*
*for  USM Stephen J. Smith*
*Southern District of Georgia*

1

## UNITED STATES MARSHALS SERVICE
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH, GEORGIA

I hereby certify that in response to the within Order Appointing Substitute Custodian, I

surrendered the possession of the within described vessel to the substitute custodian, Captain H.

David Scott, at ___2030___ o'clock on June __22__, 2013.


UNITED STATES MARSHAL

By: _____
for USM Stephen J. Smith

### RECEIPT


I, Captain H. David Scott, the substitute custodian named in the above Order, hereby accepts

receipt in accordance with the terms of the said Order, of the Defendant vessel on June __22__, 2013,

at ___2030___ o'clock. I further understand that the vessel cannot be removed without the

authorization of the U.S. Marshal or his representative.


_____
CAPTAIN H. DAVID SCOTT,
Substitute Custodian